## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

- ☑ _____ Original Plan
- ☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
- ☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: MARLENE VAZQUEZ          JOINT DEBTOR: _____     CASE NO.: 19-24270-JKO

SS#: xxx-xx- 1267                                SS#: xxx-xx-_____

### I.     NOTICES

**To Debtors:**     Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:**     Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:**     The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☑ Not included |

### II.     PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $2,151.11 _____     for months   1   to   5   ;

2.   $3,960.32 _____     for months   6   to   16   ;

3.   $3,736.27 _____     for months   17   to   60   ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE     ☐ PRO BONO

| Total Fees: | $5925.00 | Total Paid: | $2055.00 | Balance Due: | $3870.00 |
|---|---|---|---|---|---|

Payable     $203.68     /month (Months   1   to   16  )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Safe Harbor Fees $4,500.00, Motion to Value $775.00,  $650.00 subjection to fee application

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III.     TREATMENT OF SECURED CLAIMS

**A.   SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1.   Creditor: BSI Financial Services | | | |
|---|---|---|---|
| Address: 314 S Franklin Street, 2nd Floor Titusville, PA 16354 | Arrearage/ Payoff on Petition Date   95,472.18 | | |
| | Regular Payment (Maintain) | $1,583.98 | /month (Months   1   to   60   ) |
| | Arrears Payment (Cure) | $12.34 | /month (Months   1   to   6   ) |
| Last 4 Digits of Account No.:     3040 | Arrears Payment (Cure) | $1,766.63 | /month (Months   7   to   60   ) |

Debtor(s): MARLENE VAZQUEZ _____ Case number: 19-24270-JKO

| Other: | Debtor intends to file a Verified Motion For Referral to Mortgage Modification Mediation |
|---|---|

☑ **Real Property**
  ☑ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☑ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
12817 SW 54 Court Hollywood, FL 33027

☐ **Personal Property/Vehicle**
Description of Collateral: _____

---

2.  Creditor: Camelot Estates Homeowners Association

   Address: 1941 NW 150 Ave
         Hollywood FL
         33028-0000

Arrearage/ Payoff on Petition Date    Stripping Arrears
Regular Payment (Maintain)       $136.00    /month (Months  1  to  36  )

Last 4 Digits of
Account No.: _____

Other: _____

☑ **Real Property**
  ☑ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
1941 NW 150 Ave
Hollywood FL 33028-0000

☐ **Personal Property/Vehicle**
Description of Collateral:

---

**B.  VALUATION OF COLLATERAL:**   ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

    **1. REAL PROPERTY:**   ☐ NONE

1.  Creditor: Camelot Estates
         Homeowners Association

   Address: 1941 NW 150 Ave
         Hollywood FL 33028-0000

Last 4 Digits of Account No.: _____

**Real Property**
☑ Principal Residence
☐ Other Real Property

Address of Collateral:
12817 SW 54 Court Hollywood, FL 33027

Value of Collateral:     $291,740.00
Amount of Creditor's Lien:   $2,600.00

Interest Rate:    0.00%

Check one below:
☐ Escrow is included in the monthly
    mortgage payment listed in this section
☐ The debtor(s) will pay
    ☐ taxes   ☐ insurance directly

**Payment**
Total paid in plan:     $0.00

$0.00    /month (Months    to    )

    **2. VEHICLES(S):**   ☑ NONE
    **3. PERSONAL PROPERTY:**   ☑ NONE
**C.  LIEN AVOIDANCE**   ☑ NONE

LF-31 (rev. 10/3/17)

Debtor(s): MARLENE VAZQUEZ _____   Case number: 19-24270-JKO _____

**D.** **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

◼ NONE

**E.** **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

◼ NONE

**IV.** **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A.** **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ◼ NONE

**B.** **INTERNAL REVENUE SERVICE:** ◼ NONE

**C.** **DOMESTIC SUPPORT OBLIGATION(S):** ◼ NONE

**D.** **OTHER:** ◼ NONE

**V.** **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

**A.** Pay ___$10.00___ /month (Months _7_ to _60_ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** **SEPARATELY CLASSIFIED:** ◼ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

◼ NONE

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ◼ NONE

**VIII.** **NON-STANDARD PLAN PROVISIONS** ◼ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor   12/18/19   _____ Joint Debtor   _____
MARLENE VAZQUEZ              Date                                              Date

JOSE FUNCIA _____   December 10, 2019 _____
Attorney with permission to sign on      Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**